IN THE United States District Court

For The Southern District of Mississippi

Jerome Queen

petitioner

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 25 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

VS.

Circuit Court of Jefferson County in Sheriff, James Bailey  Respondent

Civil Action No. 5:23cv81-DCB-LGI

## Motion Request For Evidentual Hearing

Aurgerment 1.

Comes Now the defendant will show cause under James vs. State, that he is presuming Innorceant The victim is At A young Age, the defendant Jerome Queen did not touched the victime.

(1)

Wherefore the defendant Jerome Queen is Filing this motion For Evidentual Hearing to show cause From the state that they Had violated the defendant Jerome Queen Due process IN Fundamental Rights, was violated.

The victim Had stated that she will won't this From the defendant, to set him up. The defendant.

*Jerome Queen*
Jerome Queen

(a)